UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET A. KINLEY,

    Plaintiff,

vs.                              CIVIL NO.: 05-CV-71758-DT

COMMISSIONER OF            HON. BERNARD A. FRIEDMAN
SOCIAL SECURITY,             MAG. JUDGE WALLACE CAPEL, JR.

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on May 2, 2006, as well as any objections filed thereto,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court.

                                          BERNARD A. FRIEDMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: MAY 2 3 2006